KENLON COAL COMPANY, INC., et al., Appellants, *v.* TRIBOROUGH BRIDGE AUTHORITY et al., Respondents.

(Argued June 10, 1935; decided July 11, 1935.)

*Paul Windels, Corporation Counsel (Alvin McKinley Sylvester* and *Seymour B. Quel* of counsel), for motion.

*Myron J. Kleban* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.

FELIX GUTKIND, Respondent, *v.* GEORGE LUEDERS AND COMPANY, Appellant.

(Submitted June 10, 1935; decided July 11, 1935.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 267 N. Y. 320.)